No. 506. DEPARTMENT OF FISH AND GAME OF CALI-FORNIA *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 569. PACIFIC POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Burton J. Gindler,* Deputy Attorney General, for petitioner in No. 506. *Gregory A. Harrison* and *Malcolm T. Dungan* for petitioner in No. 569. *Solicitor General Marshall, Richard A. Solomon, Howard A. Wahrenbrock* and *Joseph B. Hobbs* for Federal Power Commission, respondent in both cases.

Brief of *amici curiae,* in support of the petition in No. 506, was filed by: *Darrell F. Smith,* Attorney General, and *Jordan Green,* Assistant Attorney General, for the State of Arizona; *Arthur K. Bolton,* Attorney General, and *George J. Hearn III* and *Marshall R. Sims,* Assistant Attorneys General, for the State of Georgia; *Allan G. Shepard,* Attorney General, and *T. J. Jones III* for the State of Idaho; *Lawrence F. Scalise,* Attorney General, and *Robert B. Scism,* Assistant Attorney General, for the State of Iowa; *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Nicholas V. Olds,* Assistant Attorney General, for the State of Michigan; *Harvey Dickerson,* Attorney General, and *Daniel J. Olguin,* Deputy Attorney General, for the State of Nevada; *T. Wade Bruton,* Attorney General, and *Millard R. Rich, Jr.,* Assistant Attorney General, for the State of North Carolina; *Charles Nesbitt,* Attorney General, and *Joseph C. Muskrat,* Assistant Attorney General, for the State of Oklahoma; *Robert Y. Thornton,* Attorney General, and *George S. Woodworth,* Assistant Attorney General, for the State of Oregon; *Edward Friedman,* Attorney General, and *Richard H. Kutz,* Deputy Attorney General, for the Commonwealth of Pennsylvania; *Frank L. Farrar,* Attorney General, for the State of South Dakota; *Robert Y. Button,* Attorney General,

and *Kenneth C. Patty,* First Assistant Attorney General, for the Commonwealth of Virginia; and *John J. O'Connell,* Attorney General, and *Joseph L. Coniff, Mike Johnston* and *John R. Miller,* Assistant Attorneys General, for the State of Washington. 

No. 498. LIPSETT STEEL PRODUCTS, INC. *v.* MOSLEY ET AL.; and

No. 550. CIA. MAR. ADRA, S. A. *v.* MOSLEY. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner in No. 498. *Victor S. Cichanowicz* for petitioner in No. 550 and for Cia. Mar. Adra, S. A., respondent in No. 498. *George J. Engelman* for Mosley, respondent in both cases. Reported below: 362 F. 2d 118.

No. 499. NEW MEXICO PUBLIC SERVICE COMMISSION ET AL. *v.* COMMUNITY PUBLIC SERVICE CO. Sup. Ct. N. M. Certiorari denied. *Boston E. Witt,* Attorney General of New Mexico, *Leland Stone,* Special Assistant Attorney General, and *William M. Siegenthaler* for petitioners. *Ross L. Malone* and *Bennett L. Smith* for respondent. 

No. 501. KINDELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Ladin* for petitioner.

No. 503. BEAR SALES CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Charles Rowan* and *Willis Hagen* for petitioners. *Solicitor General Marshall* and *James McI. Henderson* for respondent. 

No. 514. BRONNER *v.* GOLDMAN ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. John F. X. Gaquin* for respondents.